UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-6641-CAS (JCGx) | Date | November 26, 2012 |
|---|---|---|---|
| Title | PETRA ANN PARKER V. WORK SOURCE & PARTNERS | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not present | Not present |

**Proceedings:** **(In Chambers:) MOTION TO REVERSE DECISION TO VACATE DEFAULT JUDGMENT** (filed November 16, 2012)

On September 14, 2010, plaintiff Petra Ann Parker filed suit against erroneously named defendant Work Source & Partners.  Dkt. No. 3.  The Clerk entered default against "Work Source & Partners" on September 13, 2012.  Dkt. No. 36.  Defendant UAW-Labor and Employment Training Corporation ("UAW-LETC") moved to set aside the entry of default on September 28, 2012.   The Court granted the motion because plaintiff failed to properly serve UAW-LETC and because defendant demonstrated that it had a potential defense to plaintiff's suit on the merits.  Dkt. No. 51.

Plaintiff then filed her motion to reverse decision to vacate default judgment, which the Court construes as a motion for reconsideration.  Plaintiff argues that the Court should reconsider its order vacating the entry of default because she has amended her complaint to properly name the defendant to this action.  The court declines to do so. Because plaintiff failed to properly name or serve defendant in the first instance, it is inappropriate to enter a default against it.  Accordingly, plaintiff's motion is hereby DENIED.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |