ROBERT M. DOHRMANN (33365)
TAMRA M. SMITH (219020)
SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP
Attorneys at Law
6300 Wilshire Boulevard
Suite 2000
Los Angeles, California 90048-5202
Telephone:  (323) 655-4700
Facsimile:  (323) 655-4488

Attorneys for Defendant UAW-Labor and
Employment Training Corporation

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA A. PARKER,<br><br>        Plaintiff,<br><br>    vs.<br><br>WORK SOURCE & PARTNERS,<br><br>        Defendant. | **CASE NO. 10-CV-06641-CAS-(JCGx)**<br><br>**JUDGMENT** |

1  On January 7, 2013, the Court granted Defendant UAW-Labor and
2  Employment Training Corporation's Motion to Dismiss without prejudice, and
3  granted Plaintiff Petra Parker 30 days' leave to file an amended complaint.
4  [Docket # 64]  The Court's order further provided that "[i]f Plaintiff does not file
5  an amended complaint within 30 days from the date of this Order, the Clerk shall
6  enter judgment in favor of Defendant and close the file in this case."
7  Plaintiff did not file an amended complaint by February 6, 2013 as required
8  by the Court's order.  Therefore, in accordance with the Court's Order of January
9  7, 2013 [Docket # 64], judgment is hereby entered in favor of Defendant and this
10 case is terminated.

DATED: February 19, 2013

_____
United States District Judge

2

PROPOSED.JGMT.20640[610.TMS.1]                                                                                                                    OPTIX #