ROBERT M. DOHRMANN (33365)
TAMRA M. SMITH (219020)
SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP
Attorneys at Law
6300 Wilshire Boulevard
Suite 2000
Los Angeles, California 90048-5202
Telephone: (323) 655-4700
Facsimile: (323) 655-4488

Attorneys for Defendant UAW-Labor and Employment Training Corporation

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA A. PARKER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WORK SOURCE & PARTNERS,<br><br>　　　　Defendant. | **CASE NO. 10-CV-06641-CAS-(JCGx)**<br><br>**JUDGMENT** |

On January 7, 2013, the Court granted Defendant UAW-Labor and Employment Training Corporation's Motion to Dismiss without prejudice, and granted Plaintiff Petra Parker 30 days' leave to file an amended complaint. [Docket # 64]  The Court's order further provided that "[i]f Plaintiff does not file an amended complaint within 30 days from the date of this Order, the Clerk shall enter judgment in favor of Defendant and close the file in this case."

Plaintiff did not file an amended complaint by February 6, 2013 as required by the Court's order.  Therefore, in accordance with the Court's Order of January 7, 2013 [Docket # 64], judgment is hereby entered in favor of Defendant and this case is terminated.

DATED: February 19, 2013

*Christina A. Snyder*
United States District Judge